UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KEITH A. DICKEY, )<br>)<br>    Plaintiff ) <br>v. ) 1:13-cv-00071-NT<br>)<br>SOCIAL SECURITY ADMINISTRATION )<br>COMMISSIONER, )<br>)<br>    Defendant ) | |

**RECOMMENDED DECISION**

On March 7, 2013, Plaintiff Dickey, through counsel, filed a complaint against the Social Security Administration Commissioner. (ECF No. 1.) In forma pauperis standing was granted to plaintiff (ECF No. 5); service was made on defendant on April 30, 2013 (ECF No. 6); an Answer and the Administrative Record was filed on June 3, 2013 (ECF Nos. 8 & 9); and a Procedural Order entered on June 3, 2012, (ECF No. 10) setting this matter for oral argument the week of December 9, 2013. On August 1, 2013, counsel for plaintiff, Francis M. Jackson, filed an unopposed motion to withdraw, stating that he had lost contact with the plaintiff and was "unable to confer with the client or obtain his authorization to take action on this case." (ECF No. 12.) I entered an Order reserving ruling on the motion giving the plaintiff the best available notice that he should respond to the motion if he objected. (ECF No. 13). Receiving no response, I granted the motion without objection and indicated the following:

> The court has received no response from plaintiff nor has mail been returned as undeliverable. Clerk is directed to enter plaintiff's appearance pro se and mail notice to address provided previously. The deadline for submission of statement of errors is extended to September 16, 2013. If no statement is submitted, the respondent may move for dismissal because of plaintiff's failure to prosecute this action.

(ECF No. 15.)

A copy of this order was mailed to plaintiff's address and was not returned as undeliverable. No statement of errors has been filed. There has been no communication from plaintiff whatsoever. On September 25, 2013, the Social Security Administration filed a motion to dismiss for lack of prosecution. (ECF No. 16.)

Accordingly, I recommend that the court **GRANT** the motion to dismiss and **DISMISS** the Complaint for plaintiff's failure to prosecute this action.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

October 17, 2013

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge