## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| KEITH A. DICKEY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Docket no. 1:13-cv-00071-NT |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 10, 2013, the United States Magistrate Judge filed with the Court, with copies to counsel, her Report and Recommended Decision. (ECF No. 17). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.  It is further ORDERED that:

1. The Motion to Dismiss (ECF No.16) is hereby GRANTED; and

2. The Complaint (ECF No. 1) is hereby DISMISSED for failure to prosecute.

　　　　　　　　　　　　　　　　　　　/s/ Nancy Torresen  
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 12th day of November, 2013.